LOUISE G. WINGERT, GENERAL ADMINISTRATRIX AND ADMINISTRATRIX AD PROSEQUENDUM OF WILLIAM WINGERT, DECEASED, PLAINTIFF, v. ALEX DANSON, DEFENDANT.

Submitted October term, 1929—Decided May 6, 1930.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the plaintiff, *Francis A. Castellano, Jr.*

For the defendant, *McCarter & English.*

PER CURIAM.

Both plaintiff and defendant have rules. The plaintiff, as general administratrix, has a verdict of $6,000. Upon the count in the complaint alleging right to recover damages for the death of her decedent, plaintiff as administratrix *ad prosequendum* was nonsuited.

Under the plaintiff's rule the sole ground urged is directed at the alleged error in nonsuiting.

We think this was not error. *Migliaccio* v. *Public Service Railway Co.*, 101 *N. J. L.* 496; *affirmed,* 102 *Id.* 442. Also, see same case, No. 35 of this term of this court.

Under the defendant's rule, portions of the court's charge instructing the jury that they might consider aggravation of a cancerous condition from which decedent was suffering, are attacked as being erroneous. We think this is not so.

Defendant further attacks the verdict as being excessive.

We do not find it to be so.

The rules will therefore be discharged.